UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ROSARIO,

    Plaintiff,

-vs-                                        Case No: 1:10-cv-08836-LBS

HORIZON LINES, LLC,

    Defendant.
_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/

**COMPLAINT**

    NOW COMES Plaintiff, by and through counsel undersigned, Roberta E. Ashkin, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USC 30104) for negligence, and under the General Maritime Law for maintenance, cure, and wages.

    3.    At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about July 31, 2010, Plaintiff was in the course of his employment closing a steel hatch/door when because of an untoward suction of air the said hatch/door did forcefully propel the door away from Plaintiff, said failure to provide a safe place to work and seaworthy vessel causing injury to Plaintiff.

5. Defendant's tortuous acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g. Mental anguish;

    h. Found;

    i. Maintenance, cure, wages, attorney fees and/or punitive damages.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

/s/ Roberta E. Ashkin

_____
ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

Dated:    November 15, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


JUAN ROSARIO,

    Plaintiff,

-vs-                                    Case No:   1:10-cv-08836-LBS

HORIZON LINES, LLC

    Defendant.
_____/

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com
_____/


DEMAND FOR TRIAL BY JURY


      NOW COMES Plaintiff by and through counsel undersigned, Roberta E. Ashkin, and hereby demands trial by jury in the above-referenced cause of action.

                                            /s/ Roberta E. Ashkin
                                            _____
                                            ROBERTA E. ASHKIN (#115461515)
                                            Local Counsel
                                            580 Broadway, Ste. 906
                                            New York, NY 10012
                                            212-965-0010
                                            212-965-1301 - fax
                                            robertaashkin@aol.com

Dated:    November 15, 2010